

## Court of Appeals for the
## First District of Texas at Houston

### Order

Appellate case name:    Earnest Taylor and Lisa Taylor d/b/a T&S Enterprises v. Alfred Cantu, Lynn A. Cantu, Vela Ranch, L.L.C., and Brazoria County

Appellate case number:    01-19-00353-CV

Trial court case number:    81916-CV

Trial court:    23rd District Court of Brazoria County

Appellants Earnest Taylor and Lisa Taylor d/b/a T&S Enterprises have filed a "Motion to Substitute Counsel" requesting that Stephen Casey be substituted as appellants' counsel. The motion is **granted**. *See* TEX. R. APP. P. 6.5(b), (d).

The Clerk of this Court is directed to substitute Stephen Casey as counsel for appellants on the docket of this Court.

It is so ORDERED.

Judge's signature: _____/s/ Veronica Rivas-Molloy_____
    ☑ Acting individually    ☐ Acting for the Court

Date: ___December 2, 2021_____